IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FREDERICK RAINEY**  **PLAINTIFF**
**ADC #100981**

v.   4:23-cv-00613-BSM

**KATHERN SHULER, Jail Administrator,**  **DEFENDANTS**
**Dallas County Detention Center,** *et al.*

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 3] is adopted and Frederick Rainey's complaint is dismissed without prejudice.

IT IS SO ORDERED this 27th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE