IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FREDERICK RAINEY**  **PLAINTIFF**
**ADC #100981**

v.  4:23-cv-00613-BSM

**KATHERN SHULER, Jail Administrator,**  **DEFENDANTS**
**Dallas County Detention Center,** *et al.*

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE